```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 23104
  MARK EDWARD PRICE
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
        Debtor
  SSN XXX-XX-6769
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/09/05 and confirmed on 09/16/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 26820.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 3345.57 | .00 | 2698.50 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3721.23 | .00 | 3001.51 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 16501.43 | .00 | 13309.89 |
| CREDIT MAX | UNSECURED | NOT FILED | .00 | .00 |
| FIRST MIDWEST BANK | UNSECURED | NOT FILED | .00 | .00 |
| FLEET CREDIT CARD | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2787.16 | .00 | 2248.10 |
| UNIVERSAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| US BANK | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | 1594.74 | .00 | 1594.74 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 1594.74 | .00 | 26355.39 | .00 | 27950.13 |
| PRINCIPAL PAID | 1594.74 | .00 | 21258.00 | .00 | 22852.74 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 1594.74 | .00 | 21258.00 | .00 | 22852.74 |

The Debtor's attorney, RICHARD E SEXNER                , was allowed $  3080.00 and was paid $   380.00  direct and $  2700.00  through the plan.

The Trustee received $   1267.26 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/16/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
      CASE NO. 05 B 23104 MARK EDWARD PRICE